UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/22/2026

M. VINCITORE,

                Plaintiff,

      -v-

FRANK BISIGNANO, *commissioner of the social security administration,*

                Defendant.

**ORDER**

26-CV-2281 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's motion, ECF No. 10 (the "Motion"), requesting an extension of time file Plaintiff's brief. The Motion is **GRANTED**, and the parties shall adhere to the below deadlines. No further extensions will be granted absent extraordinary circumstances.

- Plaintiff's brief is due **August 19, 2026**;

- Defendant's brief is due **October 18, 2026**;

- Plaintiff's reply brief is due **November 1, 2026**.

The Clerk of Court is respectfully directed to terminate the Motion at ECF No. 10 as **GRANTED**.

**SO ORDERED.**

Dated: June 22, 2026
     New York, New York

Henry J. Ricardo
United States Magistrate Judge

1